

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

J&T Legend Homes Abilene, LLC,   * From the 104th District Court
of Taylor County,
Trial Court No. 28373-B.

Vs. No. 11-23-00235-CV   * November 25, 2025

Shawn Weekley,   * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against J&T Legend Homes Abilene, LLC.